

# NUMBER 13-18-00080-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE EMMA PEREZ TREVINO, CARLOS SANCHEZ, MARCI CALTABIANO-PONCE, VALLEY MORNING STAR, THE MCALLEN MONITOR, AND AIM MEDIA TEXAS, LLC

---

### On Petition for Writ of Mandamus

---

# ORDER

**Before Chief Justice Valdez, Justices Rodriguez and Benavides
Order Per Curiam**

This cause is before the Court on real part in interest, Mark A. Cantu's, second motion for extension of time to file his response to petition for writ of mandamus. Cantu's brief was due on March 7, 2018. Cantu filed the present motion requesting an extension to file his brief until April 6, 2018.

This Court, having fully examined and considered Cantu's motion is of the opinion that, in the interest of justice, his second motion for extension of time to file his brief should be granted in part with order.

The Court GRANTS Cantu's second motion for extension of time in part and will extend the deadline to file his brief only for twenty days from the date of this order. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed the
9th day of March, 2018.